FILED

AUG 15 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYUS TYRONE REESE,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No.   **4:18CR00695 AGF/PLC**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT I (DAMAGE TO GOVERNMENT PROPERTY)

The Grand Jury charges that:

Between on or about May 10, 2018 and June 19, 2018 in the City of St. Louis with this District, the Defendant,

**DARYUS TYRONE REESE,**

did knowingly and willfully injure and depredate more than $1,000 of property of the United States.

In violation of Title 18, United States Code Section 1361.

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney